IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **DASFortus TECHNOLOGIES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 3:07-cv-866 |
| | ) | Judge Trauger |
| **PRECISION PRODUCTS MANUFACTURING** | ) | |
| **COMPANY, LTD (HONG KONG),** | ) | |
| **PRECISION PRODUCTS MANUFACTURING** | ) | |
| **COMPANY, LTD (PRC), and FTEC** | ) | |
| **MANUFACTURING** | ) | |
| **COMPANY, LTD (PRC),** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Quash Service filed by the defendant is **DENIED**.

It is so Ordered.

Entered this 31st day of July 2009.

_____
ALETA A. TRAUGER
United States District Judge